

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 345TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On November 26, 2024, the Court of Appeals for the Fifteenth District of Texas reversed your judgment in the following case:

Jane Nelson in her Official Capacity as Secretary of State for the State of Texas v. Travis Eubanks, Amanda Eubanks, and Jarrett Woodward Voters of Bexar County

Court of Appeals No. 15-24-00037-CV
Trial Court No. D-1-GN-23-008370

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellees Travis Eubanks, Amanda Eubanks, and Jarrett Woodward, signed February 8, 2024, was heard on the appellate record. We have inspected the record and find reversible error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellees, Travis Eubanks, Amanda Eubanks, and Jarrett Woodward.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 13, 2025.

**CHRISTOPHER A. PRINE, CLERK**